IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY R. DURHAM,
    Petitioner,

vs.                                    Case No. 3:06cv196/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 26, 2009 (Doc. 22).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

**DONE AND ORDERED** this 6th day of July, 2009.

                                  /s/ *Roger Vinson*
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**